| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Shubb, William B. | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>04/27/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U. S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>501 I Street<br>Sacramento, CA 95814 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | University of California, Davis, School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Shubb, William B.

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Regents of the University of California | $4,238.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. BANK ACCOUNTS | | | | | | | | | |
| 2. Bank America (Checking) | A | Interest | K | T | | | | | |
| 3. Bank America (Maximizer) | A | Interest | J | T | | | | | |
| 4. 1st Community Credit Union | A | Interest | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. ANNUITIES | | | | | | | | | |
| 7. American Skandia | | None | M | T | | | | | |
| 8. Venture Annuity | | None | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. LIMITED PARTNERSHIPS | | | | | | | | | |
| 11. Municipal Mortg. & Equity | B | Dividend | K | W | | | | | |
| 12. | | | | | | | | | |
| 13. RAYMOND JAMES IRA | | | | | | | | | |
| 14. Government Strips | | None | J | T | | | | | |
| 15. Capstead Mortgage | A | Dividend | | . | Sold | 12/20/10 | J | A | |
| 16. RJ Bank Dep. | A | Dividend | J | T | | | | | |
| 17. Oppenheimer Senior Fltg Rate Fund | A | Dividend | J | T | Buy | 03/31/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. RAYMOND JAMES ACCOUNT #1 | | | | | | | | | |
| 19. Eagle Tax Free Money Fund, fmrly Eagle Muni Cash Trust | A | Dividend | J | T | | | | | |
| 20. WF Advantage Strategic Muni Bond Fund, fmrly Evergreen | A | Dividend | J | T | | | | | |
| 21. Franklin CA High Yield Muni | C | Dividend | L | T | | | | | |
| 22. Seligman CA Hi Yld Muni | C | Dividend | L | T | | | | | |
| 23. Invesco Van Kampen Interm Muni Fund | B | Dividend | K | T | Sold (part) | 01/14/10 | K | | |
| 24. | | | | | | | | | |
| 25. RAYMOND JAMES ACCOUNT #2 | | | | | | | | | |
| 26. Eagle Tax Free Money Fund, fmrly known as EagleCash TrusMuni | A | Dividend | J | T | | | | | |
| 27. Alliance Muni Income Ins'd CA | B | Dividend | K | T | | | | | |
| 28. Franklin Income Fund | C | Dividend | L | T | | | | | |
| 29. Franklin Strategic Income Fund | C | Dividend | L | T | | | | | |
| 30. Highland Capital Floating Rate | A | Dividend | K | T | | | | | |
| 31. Oppenheimer Senior Fltg Rate | D | Dividend | M | T | Buy (add'l) | 06/08/10 | L | | |
| 32. Invesco Van Kampen Equity Income Fund, fmrly Van Kampen Eqty | A | Dividend | K | T | | | | | |
| 33. Citizens Bank 2.55% 6/01/11 CD | A | Dividend | | | Redeemed | 03/01/10 | L | | |
| 34. Preferred Bank 1.15% 5/28/10 | A | Dividend | | | Redeemed | 05/28/10 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | I11 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. WACHOVIA IRA | | | | | | | | | |
| 37. Equally Weighted S&P Fund | A | Dividend | J | T | Sold (part) | 12/06/10 | J | A | |
| 38. New Perspective Fund | A | Dividend | J | T | Buy | 01/29/10 | J | | |
| 39. | | | | | | | | | |
| 40. WACHOVIA ▦ | | | | | | | | | |
| 41. Bank sweep acct. | A | Dividend | J | T | Sold (part) | 01/29/10 | J | | |
| 42. Boeing | A | Dividend | K | T | | | | | |
| 43. Chevron | A | Dividend | K | T | | | | | |
| 44. Coca Cola | A | Dividend | K | T | | | | | |
| 45. General Electric | A | Dividend | K | T | | | | | |
| 46. Intel | A | Dividend | K | T | | | | | |
| 47. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 48. Investment Company of America | A | Dividend | K | T | Buy | 01/29/10 | K | | |
| 49. New Perspective Fund | A | Dividend | K | T | Buy | 12/07/10 | K | | |
| 50. | | | | | | | | | |
| 51. IRA ▦ | | | | | | | | | |

| 1. Income Gain Codes: | A =$1.000 or less | B =$1,001 - $2.500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100.000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500.000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bank Deposit Sweep, frmrly knwn as Wachovia Bank Dep. Sweep | A | Dividend | J | T | | | | | |
| 53. Dividend Growth Fund | A | Dividend | J | T | | | | | |
| 54. Apache Corp. | A | Dividend | K | T | | | | | |
| 55. Sempra Energy | A | Dividend | J | T | | | | | |
| 56. | | | | | | | | | |
| 57. IRA/ROLLOVER of HR-10 | | | | | | | | | |
| 58. Bank Deposit Sweep, frmrly knwn as Wachovia Bank Dep. Sweep | A | Dividend | J | T | | | | | |
| 59. Franklin Income Fund | D | Dividend | L | T | Buy (add'l) | 01/29/10 | J | | |
| 60. | | | | | Buy (add'l) | 03/29/10 | K | | |
| 61. Equally Weighted S&P 500 | B | Dividend | M | T | | | | | |
| 62. Dividend Growth Fund | B | Dividend | M | T | | | | | |
| 63. JPM International Value Fund | A | Dividend | K | T | | | | | |
| 64. Abbott Labs | A | Dividend | K | T | | | | | |
| 65. A T & T | B | Dividend | K | T | | | | | |
| 66. Boeing | A | Dividend | K | T | | | | | |
| 67. Bristol Meyers | A | Dividend | K | T | | | | | |
| 68. Catepillar | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | I11 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Chevron | B | Dividend | L | T | | | | | |
| 70. Cisco | A | Dividend | J | T | | | | | |
| 71. Coca Cola | A | Dividend | K | T | | | | | |
| 72. Comcast | A | Dividend | J | T | | | | | |
| 73. Conoco | B | Dividend | K | T | | | | | |
| 74. Du Pont | A | Dividend | K | T | | | | | |
| 75. General Electric | A | Dividend | K | T | | | | | |
| 76. Hewlett Packard | A | Dividend | K | T | | | | | |
| 77. Intel | B | Dividend | K | T | | | | | |
| 78. IBM | B | Dividend | L | T | | | | | |
| 79. Johnson & Johnson | B | Dividend | K | T | | | | | |
| 80. Microsoft | A | Dividend | K | T | | | | | |
| 81. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 82. Sempra Energy | A | Dividend | K | T | | | | | |
| 83. Target | A | Dividend | J | T | | | | | |
| 84. Walt Disney | A | Dividend | K | T | | | | | |
| 85. Yum Brands | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Zimmer Holdings | A | Dividend | J | T | | | | | |
| 87. BofA 1.10% 4/01/10 | A | Int./Div. | | | Matured | 04/01/10 | K | | |
| 88. CORTS - BMY Squibb 8-1-97 (KNR) | B | Dividend | J | T | | | | | |
| 89. Delphi Finc'l 7.376% Pfd 5/1/67 | A | Dividend | J | T | Buy | 10/25/10 | J | | |
| 90. GE Capital Sr. Notes 2/18/33 (GED) | B | Dividend | K | T | | | | | |
| 91. GE Capital PINES 6/28/32 (GEA) | B | Dividend | K | T | | | | | |
| 92. GECC 6.1% PINES 11/15/32 (GEC) | B | Dividend | K | T | | | | | |
| 93. Georgia Power Sr. Notes 1/15/45 (GAH) | A | Dividend | | | Redeemed | 01/20/10 | K | A | |
| 94. Mississipi Pwr 5.625% Pfd 4/15/67 | A | Dividend | J | T | Buy | 10/25/10 | J | | |
| 95. Morgan Stanley 6.45% Pfd 4/15/67 (MSK) | B | Dividend | K | T | | | | | |
| 96. SATURNS GE 6% Pfd 3/15/32 (DKC) | B | Dividend | K | T | | | | | |
| 97. Wachovia 6.375% Pfd 6/1/67 | B | Dividend | K | T | | | | | |
| 98. Wells Fargo Capital 6.25% 6/15/67 (FWF) | B | Dividend | K | T | | | | | |
| 99. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 23 2010 report "Invesco Van Kampen Interm Muni Fund" formerly known as Van Kampen Hi Yield Muni

Line 32 2010 Report "Invesco Van Kampen Equity Income Fund" formerly know as Van Kampen Equity Income Fund

Line 77 in 2009 report "Alacatel-Lucent" removed, value is below $1,000

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/27/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William B. Shubb**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544